| Fill in this information to identify the case: | |
|---|---|
| Debtor name | John Q. Hammons Hotels Management, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | 16-21153 |

☑ Check if this is an amended filing

## Official Form 206E/F
## Amended Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Alabama Dept of Revenue<br>P.O. Box 327480<br>Montgomery, AL 36132-7483<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |
| 3.2 | Arizona Dept of Revenue<br>275 East Germand Rd<br>Bldg 2 Ste 180<br>Gilbert, AZ 85297<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |
| 3.3 | AT&T<br>P.O. Box 650661<br>Dallas, TX 75265-0661<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |
| 3.4 | AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: trade debt<br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>BJ's Trophy Shop<br>1700 E Sunshine<br>Springfield, MO 65804 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>California Employment<br>Development Department<br>PO Box 826880<br>Sacramento, CA 94280-0001 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>CBC Innovis Inc<br>PO Box 535595<br>Pittsburgh, PA 15253 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>CDW Direct LLC<br>PO Box 75723<br>Chicago, IL 60675-5723 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>CenturyLink<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>City Utilities<br>301 E Central<br>Springfield, MO 65801 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>Convoy of Hope<br>330 Patterson Ave<br>Springfield, MO 65802 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **trade debt**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Culligan<br>3201 Premier Dr.<br>Suite 300<br>Irving, TX 75063-6075 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address<br>**DFI-Total Business Solutions**<br>**P.O. Box 2707**<br>**Davenport, IA 52809** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address<br>**Dream Grower Plants Inc**<br>**1253 E St Louis St**<br>**Springfield, MO 65802** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>**Equifax Information**<br>**PO Box 105835**<br>**Atlanta, GA 30348-5835** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>**Evrichart**<br>**2129 Electric Rd**<br>**Suite 100**<br>**Roanoke, VA 24018-1992** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address<br>**Federal Companies**<br>**PO Box 1329**<br>**Peoria, IL 61654** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>**FedEx**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address<br>**Flowers-A-Plenty**<br>**504 W Kearney**<br>**Springfield, MO 65803** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address<br>**GE Capital**<br>**c/o Ricoh USA**<br>**Box 650016**<br>**Dallas, TX 75265-0016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
|---|---|---|---|
| | Name | | |

| 3.21 | Nonpriority creditor's name and mailing address<br>Global Knowledge Training<br>PO Box 116929<br>Atlanta, GA 30368-6929 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address<br>Globalstar USA<br>PO Box 30519<br>Los Angeles, CA 90030-0519 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address<br>Inspire Your People.com<br>115 South 15th St<br>Suite 502<br>Richmond, VA 23219 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address<br>Jackson Brothers of the South<br>PO Box 9465<br>Springfield, MO 65801-9465 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address<br>JD Holdings, LLC<br>c/o Jonathan D. Eilian<br>152 West 57th St, 56th Floor<br>New York, NY 10023 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address<br>JMark Business Solutions<br>601 N National Ave #102<br>Springfield, MO 65802 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address<br>John Branum<br>Branum Law Firm PLLC<br>Bank of Oklahoma Building<br>7701 S Western Ave Ste 205<br>Oklahoma City, OK 73139 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred  April 2016<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
|---|---|---|---|
| | Name | | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>Kansas Dept of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>915 SW Harrison<br>Topeka, KS 66612 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>Kantola Productions LLC<br>55 Sunnyside Ave<br>Mill Valley, CA 94941-1935 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>Kentucky Dept of Revenue<br>P.O. Box 491<br>Frankfort, KY 40602 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>LexisNexis Risk Solutions<br>28330 Network Place<br>Billing ID # 5106323<br>Chicago, IL 60673-1283 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>Lifeservers Inc<br>PO Box 31311<br>Raleigh, NC 27622-1311 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>Marsh USA Inc.<br>PO BOX 846015<br>Dallas, TX 75284-6015 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **trade debt**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Microsoft Corporation<br>1950 N Stemmons Fwy #5010<br>Dallas, TX 75207 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Missouri Department of Revenue<br>140 Park Central Square<br>Room 313<br>Springfield, MO 65806 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Moseley's Discount Office Products<br>431 South Ave<br>Springfield, MO 65806 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Nebraska Dept of Revenue<br>P.O. Box 98915<br>Lincoln, NE 68509 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Oregon Dept of Revenue<br>P.O. Box 14800<br>Salem, OR 97309 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Panera Bread<br>2040 W Vista<br>Springfield, MO 65807 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Plaza Realty<br>901 St Louis St<br>Suite 106<br>Springfield, MO 65806 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Pluralsight LLC<br>Dept CH 19719<br>Palatine, IL 60055-9719 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Ricoh USA Inc<br>PO Box 660342<br>Dallas, TX 75266-0342 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address<br>**SPRINT**<br>**PO BOX 4181**<br>**Carol Stream, IL 60197** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Staples Business Advantage**<br>**P.O. Box 83689**<br>**Chicago, IL 60602** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.45 | Nonpriority creditor's name and mailing address<br>**Tennessee Dept of Revenue**<br>**500 Deaderick St**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.46 | Nonpriority creditor's name and mailing address<br>**TREASURER - STATE OF IOWA**<br>**PO BOX 10411**<br>**DES MOINES, IA 50306** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.47 | Nonpriority creditor's name and mailing address<br>**Trusted Translations**<br>**PO Box 10327**<br>**Uniondale, NY 11555-0327** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.48 | Nonpriority creditor's name and mailing address<br>**Verizon Business**<br>**P.O. Box 15043**<br>**Albany, NY 12212-5043** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.49 | Nonpriority creditor's name and mailing address<br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.50 | Nonpriority creditor's name and mailing address<br>**West Virginia State Tax Dept**<br>**P.O. Box 1667**<br>**Charleston, WV 25326** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | John Q. Hammons Hotels Management, LLC | Case number (if known) | 16-21153 |
|---|---|---|---|
| | Name | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Windstream Communications<br>P.O. Box 9001908<br>Louisville, KY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

**United States Bankruptcy Court**
District of Kansas

In re: John Q. Hammons Hotels Management, LLC
Debtor(s)

Case No. 16-21153
Chapter 11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE F

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __8__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date July 26, 2016

Signature /s/ Greggory D. Groves
Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.