UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-21153 |
| JOHN Q. HAMMONS HOTELS | ) | |
| MANAGEMENT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## TO RECOVER INSURANCE PROCEEDS

COMES NOW Sybille Winter and for her Motion for Relief from Automatic Stay to Recover Insurance Proceeds, pursuant to Federal Rule of Bankruptcy Procedure, Rule 4001 states as follows:

1. That Debtor John Q. Hammons Hotels Management, LLC is named as a Defendant in Sybille Winter's negligence lawsuit for personal injuries she suffered which was filed in the Circuit Court of Platte County, Cause Number 14AE-CV02576.

2. That the underlying negligence lawsuit arises out of an incident that occurred on November 11, 2012. Sybille Winter was staying as a guest at a Marriott Residence Inn, which was managed by John Q. Hammons Hotels Management, LLC, and fell in the shower of the room she was staying in.

3. Sybille Winter states there is an insurance policy covering Debtor John Q. Hammons Hotels Management, LLC, which was in effect at the time of this incident.

4. Said insurance policy would pay damages in the lawsuit described above.

5. The insurance proceeds do not constitute an asset of Debtor's estate.

6. That Sybille Winter only seeks relief from the automatic stay to recover any applicable insurance policy proceeds.

7. That Sybille Winter's request would/does not affect any Plan for Debtor John Q. Hammons Hotels Management, LLC.

WHEREFORE, Sybille Winter respectfully requests relief from the automatic stay, pursuant to Bankruptcy Rule 4001, to recover the insurance proceeds and for all other orders as the Court deems just and proper.

Respectfully submitted:

THE LAW OFFICES OF STEVE SANDERS L.C.

*/s/ David L. Johnson*
David L. Johnson, #26685
9800 NW Polo Avenue, Suite 100
Kansas City, MO 64153-1397
Telephone: (816) 457-6006
Facsimile: (816) 912-4810
david@attorneystevesanders.com

**ATTORNEY FOR SYBILLE WINTER**

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Court and mailed, postage prepaid, on this 5th day of August, 2016 to:

Mark S. Carder
1201 Walnut, Ste. 2700
Kansas City, MO 64106

Mark A. Shaiken
6400 So. Fiddlers Green Circle, Ste. 1900
Greenwood, CO 80111

Nicholas J. Zluticky
1201 Walnut, Ste. 2900
Kansas City, MO 64106

Michael J. Wambolt
2345 Grand Blvd., Ste. 2150
Kansas City, MO 64108

Christina L. Ingersoll
7465 W. 132nd St., Ste. 100
Overland Park, KS 66213

U.S. Trustee
301 North Main, Ste. 1150
Wichita, KS 67202

John Q. Hammons Hotels Management, LLC
300 John Q. Hammons Parkway, Ste. 900
Springfield, MO 65806

                          */s/ David L. Johnson*_____